

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00917-CV

Peter T. **CISNEROS**,
Appellant

v.

**CINCINNATI INSURANCE COMPANY** as Subrogee of J. Mills Enterprises, Inc. d/b/a
Visiting Angels,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-380
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: May 8, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on March 25, 2024. On April 12, 2024, we ordered appellant to file his brief and to show cause in writing by April 22, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM